# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr- ⁂ |
| Plaintiff, ) | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ALBERT JASON WRIGHT (ID#) 2684834 |
| vs. ) | |
| ALBERT JASON WRIGHT, ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ALBERT JASON WRIGHT** before the United States District Court at Las Vegas, Nevada, on or about the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**I/A & A/P Thurs 2/6/14  3:00 PM  PAL  3B**

DATED: January 28, 2014

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL G. BOGDEN<br>United States Attorney |
| 2 | District of Nevada<br>PHILLIP N. SMITH, JR. |
| 3 | Assistant United States Attorney<br>333 Las Vegas Boulevard South<br>Suite 5000 |
| 4 | Las Vegas, Nevada 89101<br>702-388-6336 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr- 38 |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEUS |
| | ) | CORPUS AD PROSEDUENDUM FOR |
| vs. | ) | ALBERT JASON WRIGHT |
| | ) | (ID#) 2684834 |
| ALBERT JASON WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ALBERT JASON WRIGHT**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ALBERT JASON WRIGHT** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ALBERT JASON WRIGHT** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on I/A & A/P Thurs 2/6/14 3:00 PM PAL 3B hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ALBERT JASON WRIGHT** before the United States District Court on or about I/A & A/P Thurs 2/6/14 3:00 PM PAL 3B our of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

| | |
|---|---|
| 1 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad |
| 2 | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, |
| 3 | Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding |
| 4 | them to produce the said **ALBERT JASON WRIGHT** before the United States District Court |
| 5 | on or about I/A & A/P Thurs 2/6/14   3:00 PM   PAL   3B   hour of 3:00 p.m., for arraignment and from time to time |
| 6 | and day to day thereafter, at such times and places as may be ordered and directed by the Court |
| 7 | entitled above, to appear before the Court, and when excused by the said Court, to be returned |
| 8 | to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |
| 9 | DATED this 28th day of January, 2014. |

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith*
PHILLIP N. SMITH, JR.
Assistant United States Attorney